E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    United States Courthouse, 11th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5901
    Facsimile:  (213) 894-6269
    E-mail:  Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$930,608.00 IN FUNDS SEIZED FROM CATHAY BANK ACCOUNT '7059,<br><br>    Defendant. | Case No. 2:24-CV-07923<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>18 U.S.C. § 981(a)(1)(C)<br><br>[U.S.S.S.] |

Plaintiff United States of America brings this claim against the below-identified defendant, and alleges as follows:

JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(C).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America (the "plaintiff").

5. The defendant is $930,608.00 in Bank Funds seized pursuant to a federal seizure warrant on October 16, 2023, from a Cathay Bank account with the last four digits ending in 7059 (the "Subject Account"), held in the name of Bedr Limited (the "Defendant Bank Funds"). The Defendant Bank Funds were seized at Cathay Bank, 9650 Flair Drive, El Monte, California.

6. The Defendant Bank Funds are currently in the custody of the United States Secret Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Bedr Limited and the victims identified herein as D.P., T.R., A.C., T.M.R., M.C., and B.H. may be affected by these proceedings.

## BASIS FOR FORFEITURE

*Background on Romance Scams*

8. A romance scam is one type of "confidence scam," whereby a fraudster deceives a victim into believing they have a close relationship—whether familiar, friendly, or romantic—and leverages that relationship to persuade the victim to send money, provide personal and financial information, and/or purchase items of value for the fraudster. Fraudsters often use online dating sites to pose as U.S. citizens located in a foreign country, U.S. military members deployed overseas, or U.S. business owners seeking assistance with lucrative investments. In some cases, the victim is persuaded to launder money on behalf of the fraudster.

9. Victims of romance scams often do not recognize that they are being defrauded for many months or more, and sometimes never recognize that they have been defrauded because they are, or believe they are, in love with the person making the false

2

romantic overtures or promises to them.  Therefore, it is not uncommon to observe multiple wires and transfers being sent to the same beneficiary or multiple beneficiaries over a period of time.  Some victims of romance scams are not completely truthful with, or seek to impede, law enforcement officers who question them about the money they have transferred, in part to protect their purported romantic partner or friend.  Some victims of romance scams become "mules" by agreeing to receive and retransfer funds that are the proceeds of other frauds at the instruction of their supposed romantic partner.

10. Sometimes digital currency, also known as "crypto currency," "cryptocurrency" and "virtual currency," is used in romance scams.  Digital currency is generally defined as an electronic-sourced unit of value that can be used as a substitute for fiat currency (i.e., currency created and regulated by a government), but unlike fiat currency, has no physical form and instead exists entirely on the internet.  In addition, digital currency is generated and controlled through computer software operating on a decentralized peer-to-peer network.  Digital currency is often used for conducting illegal transactions or for concealing or disguising the true nature, source, location, ownership or control of illegally obtained criminal proceeds.  Bitcoin is one of the most commonly used digital currencies.

11. A digital currency exchange (an "exchange") is a brick-and-mortar or online business that allows customers to trade digital currencies for fiat currencies or other digital currencies.  Most exchanges are located outside the United States in order to avoid regulation and legal requirements.  Coinbase, which operates in the United States, is one of the largest and most popular exchanges.

*The Law Enforcement Investigation In This Case*

12. The United States Secret Service has investigated a romance scam whereby multiple victims transferred funds based on fraudulent pretenses directly into the Subject Account from which the Defendant Bank Funds were seized.  As part of the investigation, the United States Secret Service learned the information set forth below.

*Victim D.P. is Defrauded*

13. D.P. was contacted by a woman named Nami Han ("Han") in May 2023 via Twitter direct messaging. Han told D.P. that she was a crypto analyst originally from Hong Kong but living in Miami. Han was looking for someone to pool money with to invest in a crypto rewards program that she said would yield more money, the more money that was invested into it. Han told D.P. about a crypto coin "CKE," that was set to increase in value in the future and a platform to track their investment was Batetiu.org.

14. Over the next couple of weeks, D.P. made three deposits across three different platforms, totaling approximately $149,000.00. Of those three deposits, a $25,000.00 wire transfer was made to the Subject Account on May 19, 2023. D.P. understood these to be investment payments towards CKE.

15. In early June 2023, D.P. tried to withdraw some of their investment, but was told that a "tax" of $75,000.00 needed to be paid. About twelve hours after making the payment, an additional charge of $90,000.00 was requested. D.P. disputed the charge, and it was reduced to $80,000.00.

16. In August 2023, Han reached out to D.P. again, claiming she had fallen victim to fraud and requested D.P. send Han $10,000.00. D.P. told Han that D.P. could not send Han any money. Han then revealed that D.P. had been scammed and that the person claiming to be Han lied about their identity to further the fraudulent scheme.

17. Bedr Limited provided a fraudulent invoice to Cathay Bank indicating that on May 19, 2023, D.P. had purportedly purchased $25,000.00 worth of hair wigs from Bedr Limited. D.P. confirmed that D.P. never received any hair wigs and that the $25,000.00 D.P. wired to the Subject Account was intended to be a financial investment and was not for the purchase of hair wigs.

*Victim T.R. is Defrauded*

18. T.R. was contacted on Twitter by a woman named Isabella Williams ("Williams") in February 2023. Williams asked T.R. if T.R. had any interest in investing in crypto currency, and T.R. said they were interested in making crypto investments.

4

1 | Williams instructed T.R. to download the app KUNA, and to reach out to their customer
2 | service as to where T.R. should wire their investment money. KUNA customer service
3 | instructed T.R. to wire money to both a Bank of America account belonging to Nicemore
4 | Inc., as well as to the Subject Account.

5 |   19. Since March 2023, T.R. invested roughly $71,000.00 through the KUNA
6 | app, including $10,000.00 that T.R. wired to the Subject Account on May 18, 2023.
7 | Around the end of May 2023, T.R. tried to withdraw money from their KUNA account.
8 | A month later, KUNA customer service informed T.R. that in order to withdraw the
9 | money, T.R. would need to wire $52,000.00 for taxes to a Bank of America account.
10 | T.R. complied and sent $52,000.00 but did not receive their money.

11 |   20. In or about July 1, 2023, KUNA customer service requested an additional
12 | wire transfer with the reason being the "war in Ukraine." Following that transfer,
13 | KUNA customer service then requested another transfer, this time because the balance in
14 | T.R.'s account had reached a certain threshold. Both wires were around $22,000.00 and
15 | wired to accounts at Bank of America.

16 |   21. According to KUNA, the payment on July 1, 2023, was refundable after 30
17 | days because of the Ukraine war. T.R. did not receive any money into any of T.R.'s
18 | personal bank accounts.

19 |   22. Bedr Limited provided a fraudulent invoice to Cathay Bank indicating that
20 | on May 18, 2023, T.R. had purportedly purchased $10,000.00 worth of men's hair wigs.
21 | T.R. believed that the $10,000.00 wire to the Subject Account on May 18, 2023, was for
22 | an investment in crypto currency on the KUNA app. T.R. had no knowledge of
23 | purchasing men's hair wigs.

24 | *Victim A.C. is Defrauded*

25 |   23. A.C. was contacted via a LinkedIn Private message by a woman named
26 | Twasam Ebenezer ("Ebenezer") in February 2023. Ebenezer told A.C. she was Chinese,
27 | based in San Francisco, and had questions for A.C. about the transport industry.
28 | Ebenezer told A.C about a crypto currency platform called FX6Sundell, where A.C. later

1  created an account. Ebenezer said she had a family member that did crypto analytics and
2  guided A.C.'s trades two to three times a week. A.C. put money into a FX6Sundell
3  account through wallet-to-wallet transfers on three different platforms, crypto.com,
4  Robin Hood, and Coinbase.

5      24.    In or around May 2023, Ebenezer told A.C. that the turnaround would be
6  faster if money was wired from bank account to bank account, as opposed to a crypto
7  wallet-to-wallet transfer. Ebenezer told A.C. to ask FX6Sundell Customer Service for a
8  bank account to which A.C. could wire money. FX6Sundell Customer Service provided
9  A.C. with information for the Subject Account and on May 17, 2023, A.C. wired
10 $13,000.00 into the Subject Account.

11      25.    In or around June 2023, A.C. tried to withdraw money from his FX6Sundell
12 account and was told that before the money could be withdrawn, he needed proper
13 identification. A.C. complied with the request and scanned in a picture of his
14 identification. FS6Sundell Customer Service then told A.C. that he needed to make an
15 additional $20,000.00 verification deposit. A.C. made a wallet-to-wallet transfer of
16 $2,000.00 and Ebenezer supposedly covered the remaining $18,000.00. Since the
17 transfer, A.C. has not had any contact with Ebenezer or FX6Sundell and has not received
18 any of the funds that A.C. attempted to withdraw.

19      26.    Bedr Limited provided a fraudulent invoice to Cathay Bank indicating that
20 on May 17, 2023, A.C. had purportedly purchased $13,000.00 worth of men's hair wigs.
21 A.C. believed the $13,000.00 he wired to the Subject Account was for investment
22 purposes and not for the purchase of hair wigs. A.C. has not purchased or received any
23 hair wigs.

24 *Victim T.M.R. is Defrauded*

25      27.    T.M.R. was contacted on Facebook by a woman named Blossoms Cherry
26 ("Cherry") in January 2023. Their conversations soon moved to WhatsApp and became
27 more frequent. T.M.R. mentioned to Cherry that he invests in crypto.
28

28. In February 2023, Cherry told T.M.R. to invest $20,000.00 in crypto on the platform Okex-NFT. From that investment, T.M.R. earned and was able to withdraw $40,000.00 in March 2023. In April 2023, T.M.R. invested $100,000.00, consisting of $30,000.00 on April 12, and $70,000.00 on April 26.

29. In May 2023, T.M.R. attempted to withdraw money from the platform but was told they needed to pay a special bank channel fee. T.M.R. complied, and on May 18, 2023, T.M.R. wired $20,000.00 to the Subject Account for the "special bank channel fee." T.M.R. made two other wires on May 23 to two separate accounts, one for a $13,000.00 service fee and one for a $21,000.00 secure account fee. T.M.R. has not been able to withdraw any funds.

30. T.M.R. believed the $20,000.00 he wired to the Subject Account was for a Special Bank Channel fee. T.M.R. has no knowledge of purchasing men's hair wigs, has no need for hair wigs and never received any hair wigs. Bedr Limited provided a fraudulent invoice to Cathay Bank indicating that T.M.R. had purportedly purchased $20,000.00 of men's hair wigs on May 18, 2023.

*Victim M.C. is Defrauded*

31. Victim M.C. wired $700,000.00 to the Subject Account as a means of investment on May 15, 2023. M.C. would not tell investigators if anyone instructed M.C. to wire the money. M.C. stated that she got the $700,000.00 back, and put it into another investment account, not a bank account. M.C. refused to tell investigators which investment account she had moved the money to and stated she did not purchase $700,000.00 worth of wigs.

32. Bedr Limited provided a fraudulent invoice to Cathay Bank, indicating that M.C. had purportedly purchased $700,000.00 worth of human hair wigs on May 17, 2023.

*Victim B.H. is Defrauded*

33. B.H. was dating a woman whom he met online who began telling him where B.H. should invest money. B.H. stated that he wired $114,480.00 to the Subject

Account on May 19, 2023, and was expecting to see the money reach his investment account three to five business days after it was wired, but it never did.

34. Bedr Limited provided a fraudulent invoice to Cathay Bank indicating that B.H. had purportedly purchased $114,480.00 of men's hair wigs on May 19, 2023. In June 2023, B.H. confirmed that the $114,480.00 was wired for investment purposes, not for the purchase of hair wigs and B.H. did not receive any hair wigs as a result of the $114,480.00 wire.

*The Defendant Bank Funds Constitute Proceeds Of Fraud*

35. As set forth above, funds from victims of the romance scam totaling $882,480.00 were deposited into the Subject Account from which the Defendant Bank Funds were seized:

    a. On or about May 19, 2023, a $25,000.00 wire from victim D.P.

    b. On or about May 18, 2023, a $10,000.00 wire from victim T.R.

    c. On or about May 17, 2023, a $13,000.00 wire from victim A.C.

    d. On or about May 18, 2023, a $20,000.00 wire from victim T.M.R.

    e. On or about May 15, 2023, a $700,000.00 wire from victim M.C.

    f. On or about May 19, 2023, a $114,480.00 wire from victim B.H.

36. Investigators have been unable to locate approximately twenty-five additional victims identified in the fraudulent invoices that Bedr Limited supplied to Cathay bank and in the bank statements related to the Subject Account. These additional victims made $737,532.00 in deposits to the Subject Account, which together with the amounts described by the victims named above, totaled $1,620,012.00 in fraud proceeds that were deposited into the Subject Account. At the time the federal search warrant was executed on October 16, 2023, the Subject Account held $930,608.00 (i.e., the Defendant Bank Funds.)

## CLAIM FOR RELIEF

37. Based on the facts set forth above, plaintiff alleges that the Defendant Bank Funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343

8

1 (wire fraud), which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1). The Defendant Bank Funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the Defendant Bank Funds;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the Defendant Bank Funds to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: September 17, 2024

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

　/s/ Tara B. Vavere
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
United States of America

# VERIFICATION

I, FRED APODACA, hereby declare that:

1. I am a Special Agent with the United States Secret Service and the case agent for the forfeiture matter entitled *United States of America v. $930,608.00 in Bank Funds Seized From Cathay Bank Account '7059.*

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2024 in Los Angeles, California.

*/s/ Fred Apodaca*
FRED APODACA
Special Agent

10