JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$930,608.00 IN FUNDS SEIZD FROM CATHAY BANK ACCOUNT '7059,<br><br>Defendant. | No. 2:24-CV-07923-CAS-SSCx<br><br>**JUDGMENT OF FORFEITURE** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all potential claimants including, Bedr Limited, D.P., T.R., A.C., T.M.R., M.C., and B.H., in the defendant $930,608.00 in Funds Seized from Cathay Bank Account '7059, are condemned and forfeited to the United States of America, which shall dispose of the defendant in the manner required by law.

Dated: May 23, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE